IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHYRDONNA M. WHITE          :
    Plaintiff,          :
                      :
v.                          :   Civil No. JFM 02 CV 958
                      :
ANGELA CHEEK                :
    Defendant.          :
                    oOo

### ORDER

Upon motion of the Defendant for an enlargement of time and there being good cause therefore, it is this 26th day of March, 2002,

HEREBY ORDERED that the Defendant have thirty (30) days within which to answer or otherwise respond to the Complaint filed in this case, therefore, Defendant's response will be due on April ___, 2002.

                                                      United States District Judge