

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHYRDONNA M. WHITE | : | |
| Plaintiff, | : | |
| | : | |
| v. | : Civil No. | JFM 02 CV 958 |
| | : | |
| ANGELA CHEEK | : | |
| Defendant. | : | |

oOo

ORDER

For the reasons set forth in the foregoing Motion to Substitute Defendant, it is this 26th day of March, 2002,

ORDERED that Angela Cheek is hereby dismissed as a Defendant and the United States is substituted as the sole Defendant in this action.

_____
United States District Judge

2