IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHYRDONNA M. WHITE | * |
| v. | * Civil No. JFM-02-958 |
| UNITED STATES OF AMERICA | * |

## MEMORANDUM

Plaintiff instituted this action against Angela Cheek, one of her co-workers at Aberdeen Proving Grounds. The United States filed a certificate stating that Ms. Cheek was acting within the scope of her employment at the time of the wrongs complained of by plaintiff, and the United States removed the action to this court and moved to substitute itself as a defendant for Ms. Cheeks. Presently pending are a motion to dismiss filed by the United States and a "motion to dismiss to motion of removal" filed by plaintiff. The United States' motion will be granted, and plaintiff's motion will be denied.

Although plaintiff alleges that her claims against Ms. Cheek do not arise out of any acts performed by Ms. Cheek in her personal, rather than official, capacity, it is apparent from the record that in fact plaintiff's allegations do relate to alleged workplace harassment by Ms. Cheek arising from the employment relationship. Accordingly, plaintiff's only claim is against the United States. She has presented no evidence that she has filed an appropriate administrative claim against the United States as is necessary for assertion of a claim under the Federal Tort Claims Act. Therefore, this action will be dismissed.

Date: June 13, 2002

J. Frederick Motz
United States District Judge