IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHYRDONNA M. WHITE | * |
| v. | * Civil No. JFM-02-958 |
| UNITED STATES OF AMERICA | * |

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 13th day of June 2002

ORDERED

1. Plaintiff's "motion to dismiss to motion of removal" is denied;

2. The motion to dismiss filed by the United States of America is granted; and

3. This action is dismissed.

J. Frederick Motz
United States District Judge